July 02, 2010

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548
Mr. David Jefrie Mizgala
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

RE: Case Number: 08-0345
 Court of Appeals Number: 13-06-00192-CV
 Trial Court Number: B-05-1175-CV-C

Style: INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL
 JUSTICE AND MIGUEL MARTINEZ
 v.
 ARTHUR POWELL

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Lehrmann not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Anna Marie |
| |Silvas |
| |Ms. Marcy Hogan |
| |Greer |